Submitted on remand from Oregon Supreme Court (299 Or 608, 705 P2d 192)
September 16, reversed and remanded December 26, 1985

## STATE OF OREGON,
*Respondent,*

*v.*

## JAMES CLEVE HILBORN,
*Appellant.*

(MC 83-2164; CA A30898)

710 P2d 165

Dwight Ronald Gerber, Florence, appeared for appellant.

Robert M. Atkinson, Assistant Attorney General, Salem, appeared for respondent. With him were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Reversed and remanded for a hearing on the issue of the timeliness of the filing of defendant's motion to suppress and, if it was timely filed, for a hearing on the merits of the motion. *See State v. Hilborn,* 299 Or 608, 705 P2d 192 (1985).